[No. 42277-4-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE STUDENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-09040-1, Jeanette R. Burrage, J., entered March 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43895-6-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK SECRETTIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-06014-1, Michael Trickey, J., and Carlos Y. Velategui, J. Pro Tem., entered November 23, 1998. *Vacated* by unpublished per curiam opinion.

[No. 43141-2-I.    Division One.    November 22, 1999.]

TERESA LaVANWAY, *Appellant*, v. DANIEL LaVANWAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-03948-1, Michael J. Fox, J., entered July 10, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42484-0-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART DAVID COWEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07284-2, Ann Schindler, J., entered April 3, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.